IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Tivon Humphries,

           Plaintiff,

vs.

Commissioner of Social Security Administration,

           Defendant.

No.  CV-25-02507-PHX-SPL

**ORDER**

Plaintiff filed a Complaint (Doc. 1), challenging the denial of his disability insurance benefits. The Honorable Deborah M. Fine, United States Magistrate Judge, issued a Report and Recommendation ("R&R") (Doc. 16), recommending that the Court affirm the Administrative Law Judge's decision. Judge Fine advised the parties that they had fourteen (14) days to file objections to the R&R and that failure to do so could be considered a waiver of the right to review (Doc. 16 at 19) (citing 28 U.S.C. § 636(b)(1), *U.S. v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)). Plaintiff has filed Objections (Doc. 17), and Defendant filed a Response (Doc. 18).

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). When a party files a timely objection to an R&R, the district judge reviews *de novo* those portions of the R&R that have been "properly objected to." Fed. R. Civ. P. 72(b). A proper objection requires specific written objections to the findings and recommendations in the R&R. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003); 28 U.S.C. § 636(b)(1). It

follows that the Court need not conduct any review of portions to which no specific objection has been made. *See Reyna-Tapia*, 328 F.3d at 1121; *see also Thomas v. Arn*, 474 U.S. 140, 149 (1985) (discussing the inherent purpose of limited review is judicial economy). Further, a party is not entitled as of right to *de novo* review of evidence or arguments which are raised for the first time in an objection to the R&R, and the Court's decision to consider them is discretionary. *United States v. Howell*, 231 F.3d 615, 621-622 (9th Cir. 2000).

The Court has carefully undertaken an extensive review of the sufficiently developed record. Plaintiff's objections to the findings and recommendations have also been considered.

After a thorough review, Judge Fine concluded there was no reversible error in the ALJ's decision regarding Plaintiff's capability of making a successful adjustment to other work (Doc. 16 at 5–16) and consideration of vocational expert testimony (Doc. 16 at 16–18). After conducting a *de novo* review of the issues and objections, the Court reaches the same conclusions reached by the Magistrate Judge. The R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** that Magistrate Judge Fine's Report and Recommendation (Doc. 16) is **accepted** and **adopted** by the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Objections (Doc. 17) are **overruled**.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of the Social Security Administration is **affirmed**.

**IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment accordingly and terminate this case.

Dated this 10th day of April, 2026.

Honorable Steven P. Logan
United States District Judge